Per Curiam.
 

 *387
 
 [¶1] Dana Schlieve appealed a district court judgment revoking his probation and sentencing him to five years imprisonment. Schlieve argues the district court erred by not explicitly referencing which sentencing factors under N.D.C.C. § 12.1-32-04 were considered. We summarily affirm under N.D.R.App.P. 35.1(a)(4) and (7).
 
 State v. Gonzalez
 
 ,
 
 2011 ND 143
 
 , ¶ 8,
 
 799 N.W.2d 402
 
 (a trial court need not explicitly reference the factors listed under N.D.C.C. § 12.1-32-04 and the factors do not constitute an exclusive list of all a trial court may consider in fixing a criminal sentence).
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Jerod E. Tufte
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Zane Anderson, S.J.
 

 [¶3] The Honorable Zane Anderson, S. J., sitting in place of Jensen, J., disqualified.